UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-0402-AG(MLGx) | Date | April 26, 2010 |
|---|---|---|---|
| Title | MARLA JAMES, ET AL v THE CITY OF COSTA MESA, ET AL | | |

| Present: The Honorable | ANDREW J. GUILFORD, U.S. District Judge |
|---|---|

| Lisa Bredahl | Denise Paddock |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Matthew Pappas | James Touchstone |
| | Jeffrey Dunn |
| | Laura Dahl |

**Proceedings:** PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Cause is called for hearing and counsel make their appearances. Counsel argue the tentative ruling, a copy of which is attached to this minute order. Matter is taken under submission.

_____ : 22

Initials of Preparer   lmb