SCOTT C. SMITH, Bar No. 120736
Scott.Smith@bbklaw.com
JEFFREY V. DUNN, Bar No. 131926
Jeffrey.Dunn@bbklaw.com
LAURA A. DAHL, Bar No. 228288
Laura.Dahl@bbklaw.com
BEST BEST & KRIEGER LLP
5 Park Plaza, Suite 1500
Irvine, CA 92614
Telephone: (949) 263-2600
Facsimile: (949) 260-0972

Attorneys for Defendant
CITY OF LAKE FOREST

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLA JAMES, ET AL.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>THE CITY OF COSTA MESA, CALIFORNIA, ET AL.,<br><br>　　　　Defendants. | Case No. SACV 10-402 AG (MKGx)<br>Judge: Hon. Andrew J. Guilford<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3).<br><br>Complaint served:　　　April 6, 2010<br>Current response date:　April 27, 2010<br>New response date:　　May 27, 2010 |

ORANGE\DROBERTS\67456.1

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties noted below, that the time for Defendants City of Costa Mesa and City of Lake Forest to respond to Plaintiffs' Complaint in the above-captioned matter is extended for a period of 30 days from April 27, 2010 to May 27, 2010 pursuant to Local Rule 8-3.

SO STIPULATED.

Dated: April 26, 2010

By: /s/ Matthew Pappas
Matthew Pappas
Attorneys for Plaintiffs

Dated: April ___, 2010

Jones & Mayer

By: _____
James R. Touchstone
Krista MacNevin Jee
Attorneys for Defendant
CITY OF COSTA MESA

Dated: April 20th, 2010

Best Best & Krieger LLP

By: _____
Scott C. Smith
Jeffrey V. Dunn
Laura A. Dahl
Attorneys for Defendant
CITY OF LAKE FOREST

LAW OFFICES OF
BEST BEST & KRIEGER LLP
5 PARK PLAZA, SUITE 1500
IRVINE, CA 92614

ORANGE\DROBERTS\67456.1

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties noted below, that the time for Defendants City of Costa Mesa and City of Lake Forest to respond to Plaintiffs' Complaint in the above-captioned matter is extended for a period of 30 days from April 27, 2010 to May 27, 2010 pursuant to Local Rule 8-3.

SO STIPULATED.

Dated: April ___, 2010

By: _____
Matthew Pappas
Attorneys for Plaintiffs

Dated: April 23, 2010

Jones & Mayer

By: _____
James R. Touchstone
Krista MacNevin Jee
Attorneys for Defendant
CITY OF COSTA MESA

Dated: April ___, 2010

Best Best & Krieger LLP

By: _____
Scott C. Smith
Jeffrey V. Dunn
Laura A. Dahl
Attorneys for Defendant
CITY OF LAKE FOREST

ORANGE\DROBERTS\67456.1

LAW OFFICES OF
BEST BEST & KRIEGER LLP
5 PARK PLAZA, SUITE 1500
IRVINE, CA 92614